KAREN MCCONVILLE, SBN 269234
McConville Law
24 Professional Center Parkway, Suite 240-D
San Francisco, California 94903
Tel: 415-786-7806
Email: kmcconville3@gmail.com

Attorney for
Andrew Tan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW TAN,<br><br>Defendant. | Case No. CR-22-00368-RS<br><br><br>**STIPULATION AND  ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

The above titled matter is scheduled for a change of plea hearing on October 11th, 2022. It is hereby stipulated by and between counsel for the defendant, Karen McConville, and counsel for the United States, Assistant United States Attorney, Kristina Green, that the matter be continued to November 8th at 9:30 a.m. and that time be waived under Federal Rule of Criminal Procedure 5.1 for that same period. The defendant is out of custody.

The government has produced discovery and the parties are in negotiated plea discussions. Defense counsel continues to work with Mr. Tan to review discovery and the terms of the plea offer.

Based on the foregoing, the parties stipulate and agree that the time between October 11th, 2022 and November 8th, 2022, be excluded from any time limits applicable under the Speedy Trial Act, 18 U.S.C. § 3161 including but not limited to 18 U.S.C. § 3161(b), on the basis that: (i) the ends of justice served by the continuance and exclusion of time outweigh the best interest of the public and the defendant and (ii) failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, because of the substantial discovery produced in this case. See 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties further stipulate and agree that, with the consent of the defendant, based on the foregoing reasons, there is good cause for extending the time limits under Federal Rule of Criminal Procedure 5.1(d) to November 8th, 2022.

Date: October 6th, 2022                    Respectfully submitted,


_____/s/_____
KAREN MCCONVILLE
Attorney for Andrew Tan

STEPHANIE M. HINDS
United States Attorney


_____/s/_____
KRISTINA GREEN
Assistant United States Attorney

1
2
3

## ORDER

4    Based upon the facts set forth in the stipulation of the parties and for good cause shown,

5    the Court CONTINUES the Change of Plea hearing in this case to November 8th, 2022, at 9:30

6    a.m.

7    The Court finds that, with defendant's consent, there is good cause for extending the time

8    limits under Federal Rule of Criminal Procedure 5.1(d) until November 8th, 2022.

9    The Court further finds that exclusion from the time limits applicable under 18 U.S.C. §

10   3161 for the period from October 11, 2022, through November 8th, 2022, is warranted and that the

11   ends of justice served by the continuance outweigh the best interests of the public and the

12   defendant in the filing of an information or indictment within the time period set forth in 18

13   U.S.C. § 3161(b). 18 U.S.C.§ 3161(h)(7)(A). A failure to grant the requested exclusion and

14   continuance would also unreasonably deny defense counsel the reasonable time necessary for

15   effective preparation, taking into account the exercise of due diligence. §3161(h)(7)(B)(iv)

16
17

18   IT IS SO ORDERED.

19   DATED: October __6__, 2022

20   _____
     HON. RICHARD SEEBORG
21   Chief District Judge

22
23
24
25
26
27
28

-3-